UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Nicole Charleston, individually and on behalf of all others similarly situated,

          Plaintiff,

-against-

Portfolio Recovery Associates, LLC,

          Defendant.

Docket No: 2:17-cv-02190-JMA-SIL

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 02 2017 ★
LONG ISLAND OFFICE

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: September 25, 2017

| **TROUTMAN SANDERS LLP** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By: /s Amanda Genovese<br>Amanda Lyn Genovese<br>875 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 704-6000<br>Facsimile: (212) 704-6288<br>Email: amanda.genovese@troutmansanders.com<br>*Attorneys for Defendant*<br>*Portfolio Recovery Associates, LLC* | By: /s Craig B. Sanders<br>Craig B. Sanders<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email: *ConsumerRights@BarshaySanders.com*<br>Our File No: 111891<br>*Attorneys for Plaintiff* |

Case Closed.

So Ordered.

S/ Joan M. Azrack

October 2, 2017